# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION AT COLUMBUS

UNITED STATES OF AMERICA,  :  Case No. 2:23-cr-00194(1)

Civil Case No. 2:25-cv-01440

Plaintiff,

- vs -  Chief Judge Sarah D. Morrison

Magistrate Judge Michael R. Merz

ELEWIS HOBBS,

Defendant.  :

---

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 47) to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting no objections were filed thereafter, and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that Defendant's Motion to Vacate under 28 U.S.C. § 2255 (ECF No. 45) be denied with prejudice.  Defendant is denied any requested certificate of appealability and the Court hereby certifies to the United States Court of Appeals that an appeal would be objectively frivolous and therefore should not be permitted to proceed *in forma pauperis*.

IT IS SO ORDERED.

SARAH D. MORRISON, CHIEF JUDGE
UNITED STATES DISTRICT COURT